IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 2 2 2013 ★

BROOKLYN OFFICE

Gary S. Fish, Esq. (GSF 6551)
Attorney for Defendants
15 Maiden Lane, Suite 2000
New York, New York 10038
(212) 964-5100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X    CV 13 5543

JOE HAND PROMOTIONS, INC.,

SLT

(Pohorelsky, MJ)

PLAINTIFF,

DEFENDANTS ANSWER TO
-against-                                                         COMPLAINT

THE PLACE BAR AND LOUNGE, INC.;
THE PLACE BAR AND GRILL; and
ROBERT MARI,

                              DEFENDANTS.
------------------------------------------------------------X

The defendants, by and through their attorney Gary S. Fish, Esq., responds to the

subject Complaint as follows:

1. Defendants lack knowledge or information with respect to the allegations set forth in

Paragraphs 1,2,3, and 4, and leaves plaintiff to its proof.

2. Defendants deny the allegations set forth in Paragraph 5 stating that defendant Mari had

a right and ability to supervise the infringing activities complained of herein. Defendants

deny the allegations set forth in Paragraph 5 stating that defendant Mari has an obvious and direct

financial interest in the exploitation of the copyrighted materials complained of herein.

Defendants deny the allegations set forth in Paragraphs 5 stating that defendant Mari had

-1-

a direct financial gain in the infringing activities that took place at the Defendants'

Establishment.

3. Defendants admit the Paragraph 6 allegations.

4. Defendants deny each and every allegations set forth in Paragraphs 7 through Paragraphs

19 of the Complaint.

5. Defendants repeat, restate and reallege the Paragraph 20 allegations.

6. Defendants lack knowledge or information with respect to the allegations set forth

in Paragraphs 21, 23, and 24, and leaves plaintiff to its proof.

7. Defendants deny each and every allegation set forth in Paragraph 22 of the Complaint.

8. Defendants deny each and every allegation set forth in Paragraphs 25 through Paragraphs

35 of the Complaint.

**9. Defendants repeat, restate and reallege Paragraph 36 of the Complaint.**

10. Defendants lack knowledge or information with respect to the Paragraph 37 allegations,

and leaves plaintiff to its proof.

11. Defendants deny each and every allegation set forth in Paragraphs 38 and 39 of the

Complaint.

12. Defendants repeat, restate and reallege Paragraph 40 of the Complaint.

13. Defendants lack knowledge or information with respect to the Paragraph 41 allegations,

and leaves plaintiff to its proof.

14. Defendants deny each and every allegation set forth in Paragraphs 42-43 of the Complaint.

15. Defendants repeat, restate and reallege Paragraph 44 of the Complaint.

16. Defendants lack knowledge or information with respect to the Paragraphs 45 and 46

-2-

allegations, and leaves plaintiff to its proof.

17. Defendants deny each and every allegation set forth in Paragraphs 47 through Paragraphs 54 of the Complaint.

18. Defendants repeat, restate and reallege Paragraph 55 of the Complaint.

19. Defendants lack knowledge or information with respect to Paragraph 56 and leaves plaintiff to its proof.

20. Defendants deny each and every allegation set forth in Paragraphs 57-59 of the Complaint.

21. Defendants repeat, restate and reallege Paragraph 60 of the Complaint.

22. Defendants lack knowledge or information and with respect to the allegations set forth in Paragraph 61, and leaves plaintiff to its proof.

23. Defendants deny each and every allegation set forth in Paragraphs 62-63 of the Complaint.

WHEREFORE, defendants pray for relief as follows:

1. For judgment dismissing the Complaint in its entirety;

2. For reasonable attorney fees and costs;

3. For disbursements; and

4. For any other just relief deemed proper by the Court.

DATED: NEW YORK, NEW YORK
        NOVEMBER 20, 2013

Respectfully submitted,

Gary S. Fish, Esq. (GSF 6551)
Attorney for Defendants
15 Maiden Lane, Suite 2000
NY, NY 10038; (212) 964-5100

-3-

DECLARATION OF SERVICE

I, Gary S. Fish, Esq. (GSF 6551), an attorney duly licensed to practice law before the United

States District Court, Eastern District of New York, hereby declare under penalties of perjury

as follows:

1. I am the attorney for defendants and I am not a party to this action.

2. That on November 20, 2013, I served by way of first class mail postage prepaid in a U.S.

Postal depository, Defendants' Answer to Complaint, on the last known address of the below

entities as follows:

Clerk of Court, United States District Court, Eastern District of New York, 225 Cadman Plaza
East, Brooklyn, NY 11201

Paul J. Hooten & Associates, PLLC, Attorneys for Plaintiff, 5505 Nesconset Highway, Suite 203,
Mt. Sinai, NY 11766

Gary S. Fish, Esq. (GSF 6551)

Case 1:13-cv-05543-SLT-VVP    Document 7    Filed 11/22/13    Page 5 of 5 PageID #: 26

Gary S. Fish Esq
151 Maiden Lane #2000
NY, NY 10038

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  NOV 22 2013  ★

BROOKLYN OFFICE

VVPdocketing

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

1120131832

Equality
FOREVER

U.S. FIRST-CLASS FOREVER