UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index No.13 CV 5543

---

JOE HAND PROMOTIONS, INC.
      Plaintiff

      against

**STIPULATION
DISCONTINUING
ACTION**

THE PLACE BAR AND LOUNGE, INC.
ROBERT MARI
      Defendant

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for all the parties to the above entitled action, that whereas no party hereto

is an infant, incompetent person for whom a committee has been appointed or conservatee and

no person not a party has an interest in the subject matter of the action, the above entitled action

be, and the same hereby is discontinued, without costs to either party as against the other. This

stipulation may be filed without further notice with the Clerk of the Court.

Dated:

Paul J. Hooten, Esq.
Paul J. Hooten & Associates, PLLC
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

Gary S. Fish, Esq.
Attorney for Defendant
15 Maiden Lane, Suite 108
New york. NY 10108
(212) 964-5100

**SO ORDERED:**

---

**Sandra L. Townes
United States District Court Judge**